# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ARTHUR L. JONES,

        Plaintiff,              Case No. 04-C-928

        v.

CITY OF MILWAUKEE,
JOHN O. NORQUIST,
ROBERT J. WELCH,
CARLA Y. CROSS,
ERIC MANDEL JOHNSON,
LEONARD J. SOBCZAK and
ERNESTO A. BACA,

        Defendants.

## OPINION AND ORDER

        Having considered the moving papers of the Defendants, the court ORDERS that the "Rule 7.4 Expedited Non-Dispositive Motion to Strike Plaintiff's Proposed Findings of Fact for Failing to Comply With Civil L.R. 56.2(a)(2)" (filed August 16, 2005) IS DENIED. Despite the fact that the Plaintiff's proposed findings are not in the form mandated by the Local Rules, the Defendants have been able to respond to the proposed facts. Although the movants' point is well taken, requiring the Plaintiff to rewrite his proposed findings would only delay the briefing of the summary judgment motions.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 17th day of August, 2005.


s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

Case 2:04-cv-00928-TJC   Filed 08/17/05   Page 2 of 2   Document 70