# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ARTHUR L. JONES,

      Plaintiff

      v.                     CASE NUMBER: 04-C-928

CITY OF MILWAUKEE,
JOHN O. NORQUIST,
ROBERT J. WELCH,
CARLA Y. CROSS,
ERIC MANDEL JOHNSON,
LEONARD J. SOBCZAK,
and ERNESTO A. BACA

      Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

> This action came on for hearing before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the issues having been hear and a decision having been rendered,
>
> **IT IS ORDERED AND ADJUDGED** that Plaintiff Arthur L. Jones take nothing and that this action is **dismissed** upon its merits and that the Defendants City of Milwaukee, John O. Norquist, Robert J. Welch, Carla Y. Cross, Eric Mandel Johnson, Leonard J. Sobczak, and Ernesto A. Baca recover of the Plaintiff their costs of this action.

    December 1, 2005                                 SOFRON B. NEDILSKY
Date                                                        Clerk

                                                                       s/Nancy A. Monzingo
                                                                       (By) Deputy Clerk